FILED
2024 Mar-08  PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No.** |
| | ) | |
| **WHITNEY N. WALLACE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### <u>INFORMATION</u>

The United States Attorney charges:

### <u>INTRODUCTION</u>

1.     Victim #1 was an elderly female who lived in Jefferson County within the Northern District of Alabama. Due to various medical issues, Victim #1 required full-time care at her home.

2.     **WHITNEY N. WALLACE** is an adult resident of the state of Alabama. From around 2018 through December 2021, **WALLACE** was employed by Victim #1 as a house cleaner.

### <u>COUNT ONE</u>
### Wire Fraud
### [18 U.S.C. § 1343]

3.     The factual allegations in Paragraphs 1 and 2 of this Information are re-alleged and incorporated by reference as though fully set forth herein.

4.     Beginning on or about December 16, 2021 and continuing until on or about March 3, 2022, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**WHITNEY N. WALLACE,**

knowingly devised and intended to devise a scheme and artifice to defraud Victim #1, and to obtain money and property from Victim #1 by means of materially false and fraudulent pretenses, representations, and promises.

### PURPOSE OF THE SCHEME AND ARTIFICE

5.     It was a purpose of the scheme and artifice for **WALLACE** to unlawfully enrich herself by purchasing various personal items from retailers using Victim #1's credit cards without Victim #1's knowledge or authority.

### MANNER AND MEANS

6.     It was part of the scheme that while working for Victim #1, **WALLACE** used her position as a house cleaner at Victim #1's home to obtain Victim #1's credit card information without Victim 1's knowledge or authority.

7.     It was further part of the scheme that **WALLACE** kept Victim #1's financial information, even after she stopped working at Victim #1's home on or about December 16, 2021.

8.     It was further part of the scheme that after **WALLACE** stopped working at Victim #1's home on or about December 16, 2021, **WALLACE** used

2

Victim #1's fraudulently obtained credit card information to purchase items for her personal benefit without Victim #1's knowledge or permission.

9.  It was further part of the scheme that **WALLACE** used Victim #1's fraudulently obtained credit card information to purchase items from Amazon.com, Target.com, and DoorDash in the amount of approximately $43,227.12.

## The Wire Communication

10.  On or about February 6, 2022, within the Northern District of Alabama, the defendant,

## WHITNEY N. WALLACE,

for the purpose of executing the above-described scheme and artifice, did transmit and cause to be transmitted in interstate commerce, by means of a wire communication, certain signs, signals and communications, that is, **WALLACE** caused an interstate wire communication between Alabama and another state to be made as a result of an unauthorized purchase of a VIZIO 75-inch M-Series 4K QLED HDR Smart TV in the amount of $787.32 from Amazon.com that was charged to Victim #1's American Express credit card ending in -4009.

All in violation of Title 18, United States Code, Section 1343.

PRIM F. ESCALONA
United States Attorney

RYAN S. RUMMAGE
Assistant United States Attorney